FILED
2015 Feb-18  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| ARTHUR LEE BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   7:13-cv-01254-MHH-SGC |
| ) | |
| LIEUTENANT KENNY WAVER, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

On January 13, 2015, the magistrate judge entered a report, recommending the plaintiff's amended complaint be dismissed without prejudice because his request for injunctive relief is moot.  (Doc. 27).  The magistrate judge also recommended that the defendants' motion for summary judgment be denied as moot.  (*Id.*).  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.  Accordingly, Mr. Bonner's amended complaint (Doc. 16) should be **DISMISSED WITHOUT PREJUDICE**.  Additionally, the defendants' motion for summary judgment (Doc. 24) should be **DENIED** as **MOOT**.  A separate Final Judgment will be entered.

**DONE** and **ORDERED** this February 17, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE